## FOURTH DEPARTMENT, JUNE, 1923.

WILLIAM H. OSBORN and Another, Respondents, v. WILSON & COMPANY, INC., Appellant.— Judgment and order affirmed, with costs, upon the opinion of Cunningham, J., delivered at the Trial Term. [Reported in 118 Misc. Rep. 379.] All concur.

THE CLEVELAND CLIFFS IRON COMPANY, Respondent, v. OTTO KEUSCH and Others, Impleaded with THE TOWNSEND-WARD COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs against each of the appellants filing brief in this court, in addition to disbursements. All concur.

THE CLEVELAND CLIFFS IRON COMPANY, Respondent, v. CHARLES KENNEDY & COMPANY and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs against each of the appellants filing brief in this court, in addition to disbursements. All concur.

MARGARET MAHL, as Administratrix, etc., of CHARLES MAHL, Deceased, Appellant, v. GENERAL ELECTRIC COMPANY, Impleaded with TONAWANDA POWER COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

MARGARET MAHL, as Administratrix, etc., of CHARLES MAHL, Deceased, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant, Impleaded with TONAWANDA POWER COMPANY.— Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE MASSEY, Appellant, Impleaded with Others.— Judgment of conviction and order affirmed. All concur, except Sears and Crouch, JJ., who dissent and vote for reversal.

PETER H. HOFFMAN, JR., an Infant, by PETER H. HOFFMAN, His Guardian ad Litem, Respondent, v. THE CITY OF OLEAN, Appellant.— Judgment and order affirmed, with costs. All concur.

HARRY TAYLOR, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Davis, J., who dissents upon the ground that the weight of credible evidence is against the verdict that there was any burglary and on the further ground that the plaintiff kept no books of account as the policy provided, disclosing a record of when and on what accounts he received the bonds, stamps and money that he had taken in.

H. P. ROBERTSON COMPANY, Respondent, v. CITY OF JAMESTOWN, Appellant.— Judgment affirmed, with costs. All concur.

MARGARET SMITH, Respondent, v. E. W. FOLEY CONTRACTING CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur, except Davis, J., who dissents and votes for reversal and granting a new trial on the ground that the verdict of the jury that the negligence of the defendant was the proximate cause of the accident is contrary to the evidence. Crouch, J., not sitting.

DEXTER SULPHITE PULP AND PAPER COMPANY, Respondent, v. WILLIAM RANDOLPH HEARST, Appellant, Impleaded with Others. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Hearst to answer within twenty days upon payment of the costs of the motion and of this appeal. All concur.

DEXTER SULPHITE PULP AND PAPER COMPANY, Respondent, v. WILLIAM RANDOLPH HEARST, Appellant, Impleaded with Others. (Action No. 2.) —